(96 South. 369)

### Ex parte GALLOWAY. (3 Div. 612.)

(Supreme Court of Alabama. April 26, 1923.
Rehearing Denied May 17, 1923.)

**Certiorari ⬅⬌15—Court will not review facts through certiorari.**

Where the conclusion of the appellate court involved a finding of fact, the powers or authority of the Supreme Court will not be exercised to review or revise such conclusion through certiorari.

Certiorari to Court of Appeals.

In action by H. L. Galloway against J. K. Day. Judgment for plaintiff was reversed and remanded by the Court of Appeals (96 South. 365). Petition of H. L. Galloway for certiorari. Writ denied.

Weil, Stakely & Vardaman, of Montgomery, for petitioner.

L. A. Sanderson, of Montgomery, opposed.

McCLELLAN, J. Petition for certiorari to review the judgment of reversal entered by the Court of Appeals in the appeal of Day v. Galloway, 96 South. 365. The Court of Appeals held that the trial court erred in giving the general affirmative charge for the plaintiff, appellee. This conclusion involved, necessarily, a finding of fact, to review or revise which this court will not exert its powers or authority through certiorari. Ex parte Steverson, 177 Ala. 384, 389, 58 South. 992; Ex parte Williams, 182 Ala. 34, 37, 62 South. 63; 13 Mich. Ala. Dig. 433. There is presented a nonreviewable question only; and, without passing upon the matter in any way, the writ is denied.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.